**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Juan Carlos GARCIA-MORALES,**
**Defendant-Appellant.**

No. 10-50437.

United States Court of Appeals,
Ninth Circuit.

Submitted April 20, 2011.*

Filed April 28, 2011.

Robert Steven Huie, Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

Amy Frances Kimpel, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

Before: RYMER, THOMAS and PAEZ, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Juan Garcia–Morales appeals the sentence imposed following his guilty plea to attempted entry after deportation in violation of 8 U.S.C. § 1326. Garcia–Morales contends that the district court erred in determining that his prior conviction for making criminal threats in violation of Calif. Penal Code § 422 was a crime of violence warranting a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A). As Garcia–Morales concedes, this contention is foreclosed by *United States v. Villavicencio–Burruel,* 608 F.3d 556 (9th Cir.2010), which held that a § 422 violation is categorically a crime of violence.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

